**Sandy L. DUNAFON, Respondent,**

v.

**Darrell M. DUNAFON, Appellant.**

**No. WD 48297.**

Missouri Court of Appeals,
Western District.

June 21, 1994.

Michael P. Riley, Douglas W. Hennon, Carson & Coil, Jefferson City, for appellant.

Denise E. Thompson, Jefferson City, for respondent.

Before BERREY, P.J., and KENNEDY and SPINDEN, JJ.

### ORDER

PER CURIAM.

Darrell M. Dunafon appeals the trial court's denial of his motion to modify custody of his two children. We affirm. Rule 84.16(b).

**Gerald HAGGARD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48989.**

Missouri Court of Appeals,
Western District.

June 21, 1994.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM:

Gerald Haggard appeals the trial court's denial of his Rule 24.035 motion for postconviction relief without an evidentiary hearing. We affirm the judgment. Rule 84.16(b).